UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL G. CAVIC and <br> HELEN C. CAVIC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S SERVICING COMPANY, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 10-11406-JLT |

ORDER

June 29, 2011

TAURO, J.

After a Motion Hearing held on January 11, 2011, this court hereby orders that, for the reasons set forth in the accompanying Memorandum, Defendant's Motion for Judgment on the Pleadings [#5] is DENIED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge